OPINION — AG — ** HORSE RACING COMMISSION — CONFLICT OF INTEREST ** MEMBERS OF THE HORSE RACING COMMISSION, AND MEMBERS OF THEIR IMMEDIATE FAMILY, 'ARE' PROHIBITED FROM RECEIVING PURSES, STAKES, REWARDS, STALLION AWARDS, OR MARE AWARDS, PAID OUT OF THE OKLAHOMA BREEDING DEVELOPMENT REVOLVING FUND, ESTABLISHED IN THE OKLAHOMA HORSE RACING ACT AT 3A O.S. 208.3 [3A-208.3] CITE: 3A O.S. 202 [3A-202] 3A O.S. 207.3 [3A-207.3](A), 3A O.S. 208 [3A-208] 3A O.S. 208.1 [3A-208.1], 3A O.S. 208.3 [3A-208.3](B) (NEAL LEADER) ** SEE OPINION NO. 92-612 (1992) SEE: SUPPLEMENTAL OPINION NO. 92-000 **